# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UGI SUNBURY, LLC, <br><br> Plaintiff. <br><br> v. <br><br> A PERMANENT EASEMENT FOR 0.3649 ACRES, AND TEMPORARY CONSTRUCTION AND ACCESS EASEMENT FOR 0.6329 ACRES IN MONROE TOWNSHIP, SNYDER COUNTY, PENNSYLVANIA TAX PARCEL NO. 12-02-049A, <br><br> DAVID W. SWARTLANDER, <br><br> MARJORIE A. SWARTLANDER, <br><br> SERVICE 1ST FCU, <br><br> and ALL UNKNOWN OWNERS, <br><br> Defendants. | No. 3:16-CV-00793 <br><br> (Judge Brann) |

## ORDER

### APRIL 24, 2018

In accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

1. Plaintiff's Motion to Exclude Defendant's Expert Report and Witness, ECF No. 71, is **DENIED**.

2. Defendant's Motion to Exclude Plaintiff's Expert Witness, ECF No. 76, is **DENIED**.

3. Defendant's Motion to Exclude Plaintiff's Lay Witnesses and Evidence, ECF No. 78, is **DENIED**.

4. Resolution of Defendant's Motion to Apply State Law, ECF No. 74, is **STAYED**.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
United States District Judge